UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: ) | |
| ) | |
| Up to $15,000.00 in money, funds, and financial ) | No. 4:20MJ6238 PLC |
| instruments deposited or credited to UMB Bank ) | |
| account #...8055 held in the name of Phillip Lee ) | **FILED UNDER SEAL** |
| Williams & Pamela Kay Williams.. ) | |
| ) | |

## ORDER TO UNSEAL SEIZURE WARRANT DOCUMENTS

This matter comes before the Court pursuant to a notice by the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, stating the Government has no objection to the unsealing of the seizure warrant, along with its affidavit, application and return and other related documents, which are presently sealed under Cause No. 4:20MJ6238 PLC.

IT APPEARING there are reasonable grounds to believe that there is no reason to keep the aforesaid documents sealed,

IT IS ORDERED that the seizure warrant, along with its affidavit, application and return and other related documents, presently sealed under Cause No. 4:20MJ6238 PLC, be unsealed.

*Patricia L. Cohen*
HONORABLE PATRICIA L. COHEN
United States Magistrate Judge

Dated this 25th day of March, 2022.